AG CAPITAL FUNDING PARTNERS, L.P., et al., Appellants, v STATE STREET BANK AND TRUST COMPANY, Respondent. (And Other Actions.)

Submitted August 4, 2008; decided September 9, 2008

Motion for reargument denied [*see* 11 NY3d 146 (2008)].

ARLENE C. FARKAS, Appellant-Respondent, v BRUCE R. FARKAS, Respondent-Appellant.

Submitted August 25, 2008; decided September 9, 2008

Motion to strike a portion of appellant-respondent's brief denied with $100 costs and necessary reproduction disbursements.